# McKeegan & Shearer, P.C.
Attorneys at Law

*192 LEXINGTON AVENUE, NEW YORK, N.Y. 10016*
(212) 661-4200
Telefax (212) 661-4813

FILED BY ECF

November 2, 2009

Magistrate Judge Andrew L. Carter, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: Annelise Loewy vs. Delta Air Lines, Inc.
United States District Court, Eastern District of New York
Civil Action No.: CV-09-3835 (SLT))(ALC)

Dear Judge Carter:

I represent defendant Delta Air Lines, Inc. and Joseph Kelly of Harris Law represents plaintiff in the captioned matter.

We write to advise that the parties have agreed to settle this matter in exchange for a General Release and Stipulation and Order of Dismissal with Prejudice.

Upon the exchange of the settlement documents and the settlement check, we will file the Stipulation and Order of Dismissal with Prejudice with the Court.

Thank you.

Very truly yours,

McKeegan & Shearer, P.C.

By _____
George P. McKeegan

GPM/lma

Page 2                                                          November 2, 2009
Hon. Colleen McMahan

cc:     Hon. Sandra L. Townes
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, New York

        Joseph Kelly, Esq.
        Harris/Law
        110 East 59th Street, Suite 3200
        New York, New York 10022

**BY TELEFAX (212) 593-8038**